| | |
|---|---|
| 1 | BRYAN SCHWARTZ LAW |
| 2 | BRYAN SCHWARTZ (SBN 209903)<br>CASSIDY CLARK (SBN 335523) |
| 3 | 180 Grand Avenue, Suite 1380<br>Oakland, California 94612 |
| 4 | Telephone:      (510) 444-9300 |
| 5 | Facsimile:      (510) 444-9301<br>Emails:           bryan@bryanschwartzlaw.com |
| 6 |                        cassidy@bryanschwartzlaw.com |
| 7 | LEGAL AID AT WORK |
| 8 | JINNY KIM (SBN 208953)<br>JARED ODESSKY (SBN 333555) |
| 9 | 180 Montgomery Street, Suite 600 |
| 10 | San Francisco, California 94104<br>Telephone:      (415) 864-8848 |
| 11 | Facsimile:      (415) 593-0096<br>Emails:           jkim@legalaidatwork.org |
| 12 |                        jodessky@legalaidatwork.org |
| 13 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>CAROL SPAHN, in her official capacity as Acting Director of the Peace Corps,<br><br>　　　　　*Defendant.* | Case No.: 3:21-cv-04007-LB<br><br>**[Proposed] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO PROCEED USING A FICTITIOUS NAME**<br><br>Complaint Filed: May 26, 2021<br>Judge: Honorable Laurel Beeler |

1  Having considered Plaintiff's Administrative Motion to Proceed Using a Fictitious Name
2  ("Motion"), it is hereby ordered that Plaintiff's Motion is GRANTED.
3  IT IS FURTHER ORDERED that the Parties shall re-file the original Complaint [Dkt.
4  No. 1] and pleadings and documents in this case using the fictitious name of Jane Doe. The
5  Parties shall work with the Clerk's Office to ensure that all captions, papers and references in
6  this matter reflect the designation of Jane Doe.
7
8  IT IS SO ORDERED.
9
10  Dated: October 20, 2021

The Honorable Laurel Beeler
United States Magistrate Judge